**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREMAINE BAILEY, ) | NO. CV 15-5098-SVW(E) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| WARDEN OF LANCASTER STATE PRISON, et al., ) | |
| Defendant. ) | |

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED: March 15, 2017.

                                    _____
                                           STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE